UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer Harshe,<br>Plaintiff,<br>v.<br>Home Depot, U.S.A., Inc.,<br>Defendant. | Court File No. 01-1654 (DWF/SRN)<br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the parties hereto, through their respective undersigned counsel, that all claims against Home Depot, U.S.A., Inc. may be dismissed from the above-entitled action with prejudice and without further costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**LORI PETERSON & ASSOCIATES**

Dated: 5/15/02

By ______________________
Lori Peterson (#212490)
Sheila Dokken (#234874)
Attorney for Plaintiff
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
(612) 321-0606

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 148780

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

Dated: May 14, 2002

By ______________________
Donald M. Lewis (#62844)
Bradley J. Betlach (#209806)
Attorneys for Defendant
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

**ORDER**

The foregoing Stipulation is approved and **IT IS SO ORDERED.**

DATED: May 21, 2002

______________________
DONOVAN W. FRANK
Judge of United States District Court